IN THE UNITED STATES COURT OF APPEALS

FOR THE FEDERAL CIRCUIT

Hypoxico Inc.

    Plaintiff - Appellant

v.                                                                              14-1544-JB

Colorado Altitude Training LLC

    Defendant - Cross-Appellant


**MOTION FOR EXTENSION OF TIME TO FILE HYPOXICO'S PRINCIPAL BRIEF**


    Plaintiff-Appellant, Hypoxico Inc. ("Hypoxico"), through its undersigned counsel, hereby moves the Court for a second extension of fourteen (14) days for the filing and service of its Principal Brief ("the Brief"). The Brief is currently due on Tuesday, August 26, 2014, and the extension would bring the date to Tuesday, September 9, 2014. There has been one previous request for an extension of time. That request was made by Hypoxico and was granted.

    It is believed that good cause (as that term is used in Fed.R.App.P. 26(b)) exists for the requested extension, for at least the following reasons:

        As previously recited in connection with the first request for an extension, the undersigned, counsel for Hypoxico, is a sole practitioner, with no backup for drafting the Brief;

        The undersigned is also the only child of his widowed mother who was brought to the emergency room on Thursday, July 17, 2014 and has now been discharged from the hospital to a rehabilitation facility;

        The undersigned is responsible for medical and other decisions involving his

mother, and speaks with her doctors and nurses several, as well as visits her in the rehabilitation facility regularly and often;

During the period of his mother's incapacity, the undersigned is significantly distracted from his professional responsibilities and not as focused as would be preferred on the drafting of the Brief;

Since the first request was requested, the parties have completed the exchange of designations and cross-designations of materials for inclusion in the physical compilation of materials;

The parties have been co-operating in the designations and in providing copies of documents to the appellate printer;

The undersigned has had some difficulty in securing copies of documents exchanged prior to July 1, 2011 in electronic format, because the undersigned's prior firm ceased operations as of June 30, 2011, and the records transferred to the undersigned were not all in electronic format, meaning that many documents have been available only in paper form;

Opposing counsel has been of assistance in securing electronic copies of documents from prior to July 1, 2011, but the process overall is slow, with the speed of finding, copying and transmitting the documents being slowed considerably by the above-mentioned obstacles;

The undersigned has been diligent in preparation for the Brief, including corresponding with opposing counsel regarding the designation of materials, and in beginning the transmission of relevant materials to the appellate printer for inclusion in the physical compilation of materials as well as the commencement of the drafting of the

Brief itself;

It is believed that the additional period of time of fourteen days will accommodate the unexpected and significant demands upon the undersigned's time and attention during this period.

It is believed that the recited facts constitute "good cause" for the requested relief.

The undersigned has corresponded by e-mail with opposing counsel regarding the requested extension, and opposing counsel has consented to this request *via* e-mail on Friday, August 15, 2014.

This Motion is accompanied by the Required Certificate of Interest and Certificate of Service. Inasmuch as this Motion is being filed *via* ECF, no paper copies will be filed.

It is believed that good cause has been shown for the requested extension, and that this Motion is in compliance with the requirements of Fed.R.App.P. 26(b) and Fed.Cir.R. 26(b). Accordingly early and favorable action is respectfully requested.

                                  Respectfully Submitted

                                  THE LAW OFFICES OF ROGER S. THOMPSON
/s/ Roger S. Thompson
116 Pinehurst Ave., Suite D-14
New York, NY 10033
Phone: (212) 923-5145
Fax: (866) 276-8409
e-mail: roger@thompson-ip.com