IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

Hypoxico Inc.

     Plaintiff - Appellant

v.                                                                14-1544-JB

Colorado Altitude Training LLC

     Defendant - Cross-Appellant

## MOTION FOR EXTENSION OF TIME TO FILE HYPOXICO'S PRINCIPAL BRIEF

Plaintiff-Appellant, Hypoxico Inc. ("Hypoxico"), through its undersigned counsel, hereby moves the Court for a third extension of two (2) days for the filing and service of its Principal Brief ("the Brief"). The Brief is currently due on Tuesday, September 9, 2014, and the extension would bring the date to Thursday, September 11, 2014. There have been two previous requests for extensions of time. Those requests were made by Hypoxico and were granted.

It is believed that good cause (as that term is used in Fed.R.App.P. 26(b)) exists for the requested extension, for at least the following reasons:

While working on the Brief, the undersigned's wife (who suffers from a congenital auto-immune disorder) began to suffer from intense symptoms related to her condition, more particularly she has experienced a severe fluid buildup in her body, adding some 15 lbs. of water to her frame in less than two weeks (as much as two pounds in a single day). Yesterday, she was told to report to the hospital tomorrow for a procedure to remove some of the fluid, and the undersigned is responsible for taking her to and from the hospital, as well as caring for her. It is expected that the run-up to the procedure, the procedure itself, and caring for her afterwards will cost approximately two days of the limited remaining time for preparation of the Brief.

This was unexpected and of a serious emergent nature, diverting the attention of the undersigned from the Brief.

The undersigned has been diligent in preparation for the Brief, including corresponding with opposing counsel regarding the designation of materials, and in the transmission of relevant materials to the appellate printer for inclusion in the physical compilation of materials as well as the commencement of the drafting of the Brief itself;

It is believed that the additional period of time of two days will accommodate the unexpected and significant demands upon the undersigned's time and attention during this period.

It is believed that the recited facts constitute "good cause" for the requested relief.

The undersigned has corresponded by e-mail with opposing counsel regarding the requested extension, and opposing counsel has consented to this request *via* e-mail on Thursday, September 4, 2014.

This Motion is accompanied by the Required Certificate of Interest and Certificate of Service.  Inasmuch as this Motion is being filed *via* ECF, no paper copies will be filed.

It is believed that good cause has been shown for the requested extension, and that this Motion is in compliance with the requirements of Fed.R.App.P. 26(b) and Fed.Cir.R. 26(b). Accordingly early and favorable action is respectfully requested.

Respectfully Submitted

THE LAW OFFICES OF ROGER S. THOMPSON
/s/ Roger S. Thompson
116 Pinehurst Ave., Suite D-14
New York, NY 10033
Phone:  (212) 923-5145
Fax:  (866) 276-8409
e-mail:  roger@thompson-ip.com